# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 10-CV-136

Tanya Calloway, CEO
Miniature Moments Childcare, Inc.

v.

Buffalo CH. 4 News

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's amended complaint is dismissed. Further, defendant LIN Television Corporation's, improperly sued as Channel 4 News, motion to dismiss the amended complaint is denied as moot and plaintiff's motion for appointment of counsel is denied as moot. Further, leave to appeal to the Court of Appeals as a poor person is denied.

Date: September 24, 2010                         MICHAEL J. ROEMER, CLERK

                                                 By:  s/Deborah M. Zeeb
                                                      Deputy Clerk